**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00995-CV

### IN RE J.C. PENNEY COMPANY, INC., ET AL., Relators

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** this petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding, unless the parties have agreed otherwise.

/s/    KERRY P. FITZGERALD
        JUSTICE